# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO

ANDREW JAMES ENSOR, **per se**

                Plaintiff,

VS.

FITNESS INTERNATIONAL, LLC. AKA:
OWNER: LA FITNESS, FLORIDA:
FEI Number:33-0774939 FL: Bus Lic:86534
PERSON(S), CORPORATE OFFICER(S),
INCORPORATE ENTITIES or
EMPLOYEE(S): A-THROUGH-Z;
ASSIGNED BY DISCOVERY:

                Defendant(s)

Case No._____

# Doctor(s)' NOTES

9.13.23

Andrew Ensor-

63 yo gentleman

Acute visit:

this past saturday afternoon- at LA fitness- next door (5 fdays ago)

then went to cold pool for a few minutes

then went into hot tub-

after 20-30 sec latera, felt burning nose burinng

then got out- and jumped into pool to cool down , swam to other end

got out, dressed, walked home

got home-

got in shower, noted underwear which was black- then got totally got bleached

in the shower, got scrotal / penile pain-

decided not to go to hospital due to bad experience last year w/ covid

started to apply triple antibiotic cream

no blistering noted

exam: MA Varnell present

groin:

anterior scrotum, mild erythema noted, no blistering or drainage or acute swelling

no erythema or contracture wounds noted of penis

no other acute erythem noted of thight/ buttocks, leg or torso 9which was exposed to hot tub)

front scalp- 2 lesions, mild scaling, w/ central clearing, present for 1 yr, recurs

(tinea) will trea and also request derm appt

PLAN

1. SCROTUM BURN (CHEMICAL FROM HOT TUB)- OCCURED 5 DAYS AGO, ERYTHEMA, IMPROVING, NO BLISTERING NOTED

WILL REQUEST URGENT APPT W/ DERATOLOGY   *Dermatolgy*

WOULD GET CHECKED OUT LOCAL ER OR GUIDEWELL EMERGENCY CLINIC TO MAKE SURE STABLE

WILL SEND RX FOR SILVER SULFADIAZINE CREAM TWICE A DAY TO CONTINUE UNTIL HEALED COMPLETELY

2. SCALP - FOREHEAD LESINO- RECURRING FOR PAST 1 YR

WILL REQUEST DERMATOLOGY EVALUATION TO RULE OUT PRECANCEROUS LESIONS, GIVEN RECURRENCE

*- CLOTRIMAZOLE*
- WILL TREAT WITH ANTIFUNGAL CREAM GIVEN MILD ITCH NOTED TO LESION

SPEAK W/ CARE COORDINATOR TEAM FOR APPT W/ DERM,

HOPE WE CAN GET YOU IN TODAY OR TOMORROW

*Joel appt in October*

*Joel ABRAHAM MD*
*Joel ABRAHAM- float MD*
*OPNM,*

# Conway Optum Florida

4614 E Michigan St
Orlando, FL 328125233

TIN:

Phone: (407) 720-3780

**Ordering Provider:** Joel Abraham, M.D. - [JABRAHAM] NPI: 1952511917

| | | | |
|---|---|---|---|
| **Name:** | Andrew Ensor | **MRN:** | 3346410 |
| **Address:** | 2328 Conway Rd, Apt O, Orlando, FL 32812-8301 | **DOB:** | 26-Jan-1960 |
| **Phone:** | (314) 882-0551 | **Insurance:** | United Healthcare Dual - [635] |

## >>>Dermatology Referral<<<

*Joel Abraham*

Signature of Prescriber

**Date Ordered**
13-September-2023

**Referral Reason:**

asap appt this 1-2 days please

1. for URGENT evaluation of
scrotum burn to hot tub at
gym
noted mild erythema noted of
anterior scrotum
no blistering noted (occured 5
days ago, erythema getting
better w/ triple antibiotic
silver sulv cream being rx'd in

**Problems:**

| | |
|---|---|
| Lesion of skin of scalp | L98.9 |
| Burn of scrotum, initial encounter | T21.06XA |

**Order Requisition**

Page 1 of 1

## Chief Complaint

Claudia Danitza Miranda, MD
Presents for review of recent labs
Presents for f/u chronic conditions, including: scrotal burn; T2DM/HLD.

## History of Present Illness

T2DM complicated by diabetic neuropathy (on OTC berberine as of 9/2023) + HLD managed on rosuvastatin 10mg daily q48H, complicated by underlying fatty liver with episodic LFT derangement; HTN managed on atenolol 50mg daily + clonidine 1/2 daily daily. Known prior gout on allopurinoal 300mg daily for prophylaxis.
BPH stable on afluzosin and pumpkin seed extract.
Chronic insomnia - failed trial of belsomra - managed on trazodone nightly (pt takes fraction of prescribed dose).
Does have h/o gastric bypass

HEALTH MAINTENACE
PSA 10/2023 - 2.1

----

10/23/2023 - Returns today for review of labs and follow up of chronic conditions
Feels well, no acute complaints. Cites adherence to current medication regimen w/o adverse effects. Otherwise denies any chest pain, shortness of breath, abdominal discomfort, dysuria, constipation/diarrhea, or malaise/fatigue.
## Seen recently in 9/13/2023 following 2nd degree burns (chemical burn - sulfur chloride) to the scrotum after jumping into the hot tub while at the gym x 30 seconds – after immediate burn, jumped into the cold large pool. After incident, the boxers he was wearing bleached from black to pink/salmon color. Reports his planned appt with Dermatology on 10/18/2023 was cancelled by specialty MD. He remains asx except for when showering/hot water hitting skin. He reports that scrotal blister has since sloughed and there are no open wounds. Pt advised monitor closely for scrotal resolution --> if remains persistent x 1-2 weeks, plan for Urologic evaluation if unable to successfully establish care with Dermatology
## TRIAL ketoconazole shampoo for scalp/facial seborrheic dermatitis.
## LDL remains at goal - advised pt, DECREASE rosuvastatin to q48H dosing d/t suppressed LDL lvels and minor LFT elevation. To CW metformin for management of otherwise well controlled T2DM. Started berberine since last visit for neuropathic derangemnets, reports marked increase - PUBMED checked, no reported renal/hepatic toxicities reported with supplemental use.