# NOTES ATTACHED HEREIN

## Ensor v Fitness International LLC.

## September 2024

## Table of Contents

22 January 2024 "...warned me off because of the chemicals..." ....................................................... 3

**February 5th to February 9th 2024** ................................................................................................... 4

14th February 2024. "...national company policy..." ............................................................................ 5

13 March 2024. "...Not 5 seconds later a woman staff member came by with a broom..." ............... 6

22 March 2024. "...stood at the urinal taking care of my business..." ............................................... 7

21 APRIL 2024. "...It has happened again..." ...................................................................................... 8

06 May 2024. "...man poring chemicals..." ......................................................................................... 9

29July2024 "...in the process of taking a shower when a female staff member..." ........................... 10

03 August 2024. "...Why would anyone think this is, ok?..." ............................................................ 11

8 August 2024. "...There were not one, but two women..." .............................................................. 12

10 August 2024. "...into this mass of naked and half naked men walks the cleaning lady..." ........... 13

16 August 2024. There is no warning that heavy chemicals have been poured into the pool ........... 14

24 August 2024. "...While standing in the shower completely naked a female employee arrived..." 15

Plaintiff's Undershorts of 9 September 2023 EXP: A .................................................................... 16

Sign Used To Block Hot Tub .......................................................................................................... 18

**WOMEN IN THE MEN'S ROOM SIGN: LA FITNESS ORLANDO** .................................................... 19

**YELLOW TAPE WARNING LA FITNESS ORLANDO** ........................................................................ 20

On **Count 3:** Plaintiff Respectfully Petitions for;

    **A.**     **February 9th, 2024,** notes: said event attached and incorporated herein as part of this complaint; Relief for said issue(s) of: 42 U.S.C.§1983, Privacy; and Fla.Stat.§877.03; Fla.Stat.§553.865 (6)(d): Penial Code Violation; $1,000,000.00 actual damages and if permitted by the court the same amount in punitive damages;

    **B.**     **February 14th, 2024,** notes: said event attached and incorporated herein as part of this complaint; Relief for said issue(s) of: 42 U.S.C.§1983, Privacy; and Fla.Stat.§877.03; Fla.Stat.§553.865 (6)(d): Penial Code Violation; $1,000,000.00 actual damages and if permitted by the court the same amount in punitive damages;

    **C.**     **March 13th, 2024,** notes: said event attached and incorporated herein as part of this complaint; Relief for said issue(s) of: 42 U.S.C.§1983, Privacy; and Fla.Stat.§877.03; Fla.Stat.§553.865 (6)(d): Penial Code Violation; $1,000,000.00 actual damages and if permitted by the court the same amount in punitive damages;

    **D.**     **March 22nd, 2024,** notes: said event attached and incorporated herein as part of this complaint; Relief for said issue(s) of: 42 U.S.C.§1983, Privacy; and Fla.Stat.§877.03; Fla.Stat.§553.865 (6)(d): Penial Code Violation; $1,000,000.00 actual damages and if permitted by the court the same amount in punitive damages;

    **E.**     **July 29th, 2024,** notes: **After Enforcement date of July 1st 2024: Fla.Stat.§553.865:** said event attached and incorporated herein as part of this complaint; Relief respectfully requested; on said issue(s) of: 42 U.S.C.§1983, Privacy; and Fla.Stat.§877.03; Fla.Stat.§553.865 (6)(d): Penial Code Violation; $2,000,000.00 actual damages and if permitted by the court the same amount in punitive damages;

    **F.**     **August 3rd, 2024,** notes: **After Enforcement date of July 1st 2024: Fla.Stat.§553.865:** said event attached and incorporated herein as part of this complaint; Relief respectfully requested; on said issue(s) of: 42 U.S.C.§1983, Privacy; and Fla.Stat.§877.03; Fla.Stat.§553.865 (6)(d): Penial Code Violation; $2,000,000.00 actual damages and if permitted by the court the same amount in punitive damages;

    **G.**     **August 10th, 2024,** notes: **After Enforcement date of July 1st 2024: Fla.Stat.§553.865:** said event attached and incorporated herein as part of this complaint; Relief respectfully requested; on said issue(s) of: 42 U.S.C.§1983, Privacy; and Fla.Stat.§877.03; Fla.Stat.§553.865 (6)(d): Penial Code Violation; $2,000,000.00 actual damages and if permitted by the court the same amount in punitive damages;

    **H.**     **August 24th, 2024,** notes: **After Enforcement date of July 1st 2024: Fla.Stat.§553.865:** said event attached and incorporated herein as part of this complaint; Relief respectfully requested; on said issue(s) of: 42 U.S.C.§1983, Privacy; and Fla.Stat.§877.03; Fla.Stat.§553.865 (6)(d): Penial Code Violation; $2,000,000.00 actual damages and if permitted by the court the same amount in punitive damages;

    Fla.Stat.§877.03; Fla.Stat.§553.865 (6)(d): Penial Code Violation; $2,000,000.00 actual damages and if permitted by the court the same amount in punitive damages;

## 22 January 2024 "...warned me off because of the chemicals..."

22 January 2024

I arrived at the local LA Fitness around 5:30 PM. After a workout I went into the sauna and then out into the pool. It was perhaps maybe 15 minutes after 6:00 PM and as I went down to get into the hot tub AKA jacuzzi, I was blocked by a pool attendant. I was surprised to see him there so late at night usually the pool is attended early in the morning when there are less people around at this hour the club was full so there would be many people wanting to get into the hot tub. The person who barely spoke English warned me off because of the chemicals that were in the hot tub. His English wasn't very good and so I didn't wanna question him I didn't want to seem hostile or anything, so I just went for a shower. I also spent about 10 minutes talking to someone. On my way out, the pool area is exposed by windows at the main entrance, and anyone can look in. The attendant was gone and there were no warning signs of any kind posted to let anyone know that the concentration of chemicals in the hot tub was dangerous which is why I was warned off. The people at the front desk were either unaware or didn't care. Because of time of day, they were all too busy to talk to me...

## February 5th to February 9th 2024.

Week of February 5th to February 9th 2024.

To no one surprised the hot tub at the Michigan street and Conway LA Fitness was incapacitated once again. This has happened so many times I've lost count. It did compel me to go to the colonial Rd. LA Fitness. I was there twice that week there was a woman in the men's room with men having their clothes off walking around as if it was just a fine OK thing to do. One of those visits I was literally taking a shower after having gone in the hot tub and found the same woman directly outside my shower curtain while I was naked taking a shower. That Thursday when I returned to the Conway LA Fitness I walked into a men's room where I have two men when their underwear the other half were naked and there were men sitting naked in the sauna as well and a woman walked in there. LA Fitness doesn't seem to believe the rule of law applies to them. And one of the reasons they think this is because they don't believe anyone will do anything about it. And if anyone does do anything about it they will simply dismiss or terminate their membership.

# 14th February 2024. "...national company policy..."

14th February 2024.

On or near about 1:45 PM I arrived 15 W Crystal Lake St. Orlando FL which is just off South Orange Dr. a major north/south artery in Orlando FL. This is apparently the newest LA Fitness in Orlando. I went to check it out. Parts of it are still under construction. Its structure suggests that LA Fitness simply brought out a previously existing gym. I was impressed by the quality and thought it was a nice place. I liked it and for the first time it includes both a steam room and a sauna which is a big change for LA Fitness. When I entered the men's locker room there was a woman in there an employee apparently doing cleaning and she was walking about while men were taking their clothes off getting ready to do a workout or go into the pool area. Because it's a new gym and nobody there knows me on the way out, I decided to challenge the manager as to why there was a woman in the men's room. I was careful to point out that men in a woman's locker room is as illegal as a woman in a man's locker room. And when I said illegal, I specifically meant the Penal Code of the state of Florida. I was very clear on this point. And the man behind the desk clearly understood what I was talking about. This manager stated to me and in no uncertain terms that it is a uniform company policy that female employees are allowed to go in the men's room. He did not wish to get into any legal disputes with me, but he made it clear that it was not his idea he was just following company policy. He continued to explain that when he went off to do manager training, he was instructed that whomever is assigned for that shift as the person who cleans, they clean both bath and locker rooms, regardless of gender, and that is a national company policy.

## 13 March 2024. "...Not 5 seconds later a woman staff member came by with a broom..."

13 March 2024.

The Michigan street LA Fitness club Orlando. It's not unusual to see other men sitting naked in the men's sauna. Typically, they are either older individuals Europeans or persons who have spent time in the military and simply do not care. It is not a common sight but if you go every day, you will see someone like that at least once a week. On this day I was in the sauna, and I had been there for a while, and there was another person there and he had no clothes on he did have a towel but he was just sitting on it and I took no real notice of it until he got up and left and headed directly into the showers which was in my line of sight because I was sitting directly across from the door. He walked past into the showers naked. Not 5 seconds later a woman staff member came by with a broom sweeping as he passed her. Her presence was completely unannounced and the level of invasion of privacy was just shocking.

## 22 March 2024. "...stood at the urinal taking care of my business..."

22 March 2024.

The Michigan street LA Fitness club Orlando. I had entered the men's locker room with the purpose of using the urinal as is very common for many people throughout the day. As I stood at the urinal taking care of my business a female staff member walked in changing out garbage bags and wiping down the sink area while I was standing there taking care of business. If this had happened in the woman's area the police would have been called?

## 21 APRIL 2024. "...It has happened again..."

21 APRIL 2024.

The Michigan street LA Fitness club Orlando. It has happened again. I went into a hot tub where there were no signs posted nor was it taped off and then they way shape or form. Looked very clean didn't seem to have any problems was nice and hot so I got in like I normally do. I was not in it more than 60 seconds when I started to feel something. I didn't know what it was and I didn't care, I immediately got up and ran out and jumped into the big pool. I did not have a clear sense of what had happened until I got into the shower. And realized that the color from my favorite pair of blue workout underwear had faded away. This was a repeat of the first time except that I responded much more quickly because I understood the danger. I was not badly burned like it was the first time. However, three days later just like the first time the outer part of my skin turned white from neck to toe and began to flake off not unlike when one gets a sunburn except it's all over your body. To this day when I get into the shower and turn the water on, I get a shocking feeling however minor from my testicles where they were burned. Interestingly to me, I always forget about it. I'm just reminded every time I turn the shower on. I'm not suffering but this never happened before I was burned the first time.

**21April2023**

**Plaintiff's Undershorts EXP: A**



NOTICE that the areas covered by Plaintiff's skin reman the original black color

**EXP: B**



## 06 May 2024. "…man poring chemicals…"

06 May 2024.

The Michigan street LA Fitness club Orlando. On, near and or about noon I arrived at the said club and as I entered, I observed in the pool area a man poring chemical(s) into the hot tub in the pool area. The container he was holding was about the size of a large coffee cup. It was a surprise because I had not observed the pool truck that I would normally see outside the club by the back entrance to the pool area. This man was wearing a black ESPORTA employee shirt which was another surprise because I had not seen LA Fitness employees engaging in this activity before. Most important was the fact that after he completed his task, he erected no signs, no warnings, no hazard tape; did not block the entrance to the hot tub in any way shape or form. 20 minutes after I finished my first round of exercise machines, I came back to the front to start my next set. I observed in the pool area that an elderly woman has simply climbed into the hot tub. There was nothing to warn her that the chemicals were fresh. Had she known she might have waited an hour to make sure nothing happened to her. But there was no warning.

29July2024

10:05 pm

At near in or about 10:05 PM on July 29 2024 I had finished my workout and done several laps in the pool and sat in the hot tub and was in the process of taking a shower when a female staff member of the club LA Fitness: Michigan and Conway Rd. intersection Orlando FL; Simply walked into the men's room like was OK to do. She was there doing some cleaning but when I came out of the shower there were at least three other men also in the showers. When I walked out into the locker room there were an additional 5 individuals that I could see in various states of dress including underwear changing clothes and this woman just walked in like it was OK. Just like in past recorded events there was no warning and whatever value there is to maintain one's privacy in the men's locker room, whatever level of expectation of privacy is expected there; normally excluding women as men are excluded from the women's in the locker room; was simply non-existent. There was nothing preventing this person waiting another hour until after closing to take care of the men's room

## 03 August 2024. "...Why would anyone think this is, ok?..."

03 August 2024.

The Michigan street LA Fitness club Orlando. On, near and or about 4pm I have finished a workout, spent several minutes in the sauna, did laps in a pool and sat in the hot tub, then I reentered the men's locker room and into the shower after leaving the shower I was in the process of dressing; there were approximately 5 other men in the locker room in various states of dress, and a female employee just walks right in. This person was new, I had not seen her before. Without any concern for the humiliation she was causing, seemingly unknowingly violated the Florida State Penal Code, committing an act of disorderly conduct and violating everyone's privacy. There's now something missing from daily normal decency. Why would anyone think this is, ok?

## 8 August 2024. "...There were not one, but two women..."

8 August 2024

I arrived at the Michigan street LA Fitness at near or about 12:00 PM. I proceeded immediately with a low impact workout which is part of my needed physical regiment to help manage my disabilities. Upon my completion I entered the men's locker room. There were not one, but two women, inside cleaning. Most of the men present in the locker room, maybe 7 in total we're only wearing undershorts or nothing or the underwear they showed up in. They had disrobed and were either preparing to work out, to go for a swim, or into the sauna, and there were these two women just walking about humiliating them with their presence. When I walked into the sauna there was at least one person with no clothes on at least one person in the shower opposite sauna. I think it's reasonable to be able to change your clothes and take a shower without members of the opposite gender walking around... it's the reason why they built the locker room in the first place.

## 10 August 2024. "...into this mass of naked and half naked men walks the cleaning lady..."

10 August 2024

I arrived at the Michigan street LA Fitness at near or about 5:30 PM. I proceeded into a very short work-out. Two different aerobic exercise devices for a solid 15 minutes. The club is distinctly busy for this time of the day, and day of the week, which is Saturday. There seems to be a great many more people than normal and as I entered the men's locker room this truth was reinforced by the fact that there were more men in the locker room than I have seen in very a long time. The sauna was standing room only, which I have not seen in a very long time. Nobody seems to care that its crowed, they just stand around and sweat at 180°. The showers were in full use by at least four or five individuals, and I know this because the window on the sauna faces the showers. And into this mass of naked and half naked men walks the cleaning lady. No warnings she just walks right in. There is a sign up about women in the men's room but there's always a sign up about women in the men's room even when there is no women therein, and it never goes down. So, there's no real way anymore to know if there's a woman in the men's room or not or vice versa in the women's room. In the sea of naked men the cleaning woman is hard to miss because of the conversation she's having on her phone while she walks about can be heard by everyone in the locker room. I said nothing to her because in the past when I've mentioned this to cleaning people, the issues about them being in the men's room, they get really upset and take it personal and go complain about me. Which is why I haven't done such a thing since the end of COVID. It's humiliating to have some stranger walking in on top of you why you have your clothes off and so unnecessary.

## 16 August 2024. There is no warning that heavy chemicals have been poured into the pool

I arrived at the Michigan street LA Fitness at near or about 7:00 PM. I went through my usual routine for Fridays which is usually pretty short. When I went into the sauna caught a shave then into the pool area. I was done with laps and sitting in the hot tub and began to leave at or near about 7:40 PM. To my absolute surprise the pool maintenance person showed up. His arms were full of canisters marked in color of hazardous materials. He was talking on his phone while carrying all this and just walked down by me as I stepped out of the pool. 10 minutes later I was on my way out when I looked into the pool area, the hot tub had been shut down and was in the process of a full maintenance cycle. Which included the application of the aforementioned hazardous materials. The employees at the desk were completely oblivious to the presence of the maintenance man in the pool area. I returned one hour later at near or about 8:40 PM. Usually I walk there but this time I drove. The pictures attached to these notes are taken from outside the club. Please note that there are no signs up anywhere. There is no warning that heavy chemicals have been poured into the pool area. There is a man in the hot tub completely oblivious to the fact that the chemicals he's sitting in are fresh and are of unknown concentration. This represents the most likely scenario of what happened to me. I got into the tub just like this guy, but I wound up with a chemical burn.




16Aug2024, LA Fitness 8:43pm
4550 E Michigan St, Orlando, FL 32812

**Pictures Taken From Outside of Club Looking In**



16Aug2024 8:43pm LA Fitness Front Desk
4550 E Michigan St, Orlando, FL 32812
No Warning Signs

## 24 August 2024. "…While standing in the shower completely naked a female employee arrived…"

24 August 2024

Saturday

I arrived at the Michigan street LA Fitness at near or about 12:15 PM. I proceeded do a normal exercise routine which I completed uneventfully proceeded into the pool area did a few laps in the pool sat in the hot tub and then went into the shower at about 1:00 PM. While standing in the shower completely naked a female employee arrived, a cleaning lady, the fact that the showers were in use and several men were in various stages of undress in the locker room; this individual proceeded along as if nothing at all is going on. There was no warning they're only the signs previously attested to but they do not come down they stay up all the time so there's no way to know when a woman is present or not. When I entered the locker room area there was no one but other men. During my entire period in the sauna there were only men. But the signs are up all the time so there's no way to differentiate.

Plaintiff's Undershorts of 9 September 2023 EXP: A

NOTICE that the areas covered by Plaintiff's skin reman the original black color



**Plaintiff's Undershorts of 9 September 2023 EXP: B**
NOTICE that the areas covered by Plaintiff's skin reman the original black color



# Sign Used To Block Hot Tub



25 September 2023

This Is the Most Common Sign Used to Bock the Hot Tub. The Problem Is That One Has to Get Up, Go into The Pool Area, and Deploy the Sign. About 4 minutes of Effort. Unless the sign is being used in the Women's bathroom to warn that a man is in the women's bathroom... Then the sign is not deployed. Notice the green color of the water. It is supposed to be blue. However, Yellow + Blue = Green and so it is Green...



# WOMEN IN THE MEN'S ROOM SIGN: LA FITNESS ORLANDO



## YELLOW TAPE WARNING LA FITNESS ORLANDO



I do affirm and declare under penalty of perjury that the foregoing is true and correct without exception.

> Respectfully Submitted,
> 9 September 2024
> Andrew James Ensor, Per se