| | |
|---|---|
| ■ UNITED STATES POSTAL SERVICE. | Retail |
| **G** | **US POSTAGE PAID**<br>**$8.00** Origin: 32862<br>09/09/24<br>1169330801-97 |

## USPS GROUND ADVANTAGE™

0 Lb 13.80 Oz

**RDC 01**

SHIP TO:

ORLANDO FL 32801

### USPS TRACKING® #



9500 1150 7504 4253 3907 02





AJ Ensor
2328 Conway Rd., Ste O
Orlando, FL 32812

Clerk's Office
United States District Court
George C. Young US Courthouse
80 N. Hughey Avenue
Room 300
Orlando, Florida 32801-9975



