UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ANDREW JAMES ENSOR,**

      **Plaintiff,**

v.                                                 Case No.  6:24-cv-1662-CEM-DCI

**FITNESS INTERNATIONAL, LLC, ROBERT WILSON, and DOUG KIM,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs, construed as a Motion to Proceed *In Forma Pauperis* ("Motion," Doc. 2). The United States Magistrate Judge issued a Report and Recommendation (Doc. 5), recommending that the Motion be denied. (*Id.* at 6).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 5) is **ADOPTED** and made a part of this Order.

2. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) is **DENIED**.

3. The Complaint (Doc. 1) is **DISMISSED without prejudice**.

4. **On or before November 7, 2024,** Plaintiff may file an Amended Complaint that addresses the pleading deficiencies outlined in the Report and Recommendation. Failure to timely do so will result in this case being closed without further notice.

5. **Also on or before November 7, 2024,** Plaintiff may file a Renewed Motion to Proceed *In Forma Pauperis*.

**DONE** and **ORDERED** in Orlando, Florida on October 21, 2024.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party